*See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.

**Trevor Placido BENJAMIN, Appellant**

v.

**UNITED STATES of America, Appellee.**

**No. 07–5351.**

United States Court of Appeals, District of Columbia Circuit.

Nov. 5, 2008.

Trevor Placido Benjamin, White Deer, PA, pro se.

R. Craig Lawrence, Assistant U.S. Attorney, U.S. Attorney's Office, Washington, DC, for Defendant–Appellee.

BEFORE: SENTELLE, Chief Judge, and HENDERSON, Circuit Judge, and RANDOLPH, Senior Circuit Judge.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed October 4, 2007, be affirmed. Appellant's complaint constituted a collateral attack on his sentence, which must be pursued by motion pursuant to 28 U.S.C. § 2255 in the sentencing court; or, if the § 2255 remedy is inade-quate or ineffective, by a habeas petition under 28 U.S.C. § 2241 in the judicial district where appellant's custodian is located. *See In re Smith,* 285 F.3d 6, 8 (D.C.Cir. 2002); *Charles v. Chandler,* 180 F.3d 753, 755–56 (6th Cir.1999) (per curiam).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.